# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| DERRICK HOUSTON, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:16-cv-04204-NKL |
| COUNTY OF BOONE, *et al.*, | ) |
| Defendants. | ) |

## ORDER

On August 23, 2019, United States Magistrate Judge Willie J. Epps, Jr. recommended [Doc. 213] that the Defendant's Second Amended Motion for Relief from Final Judgment, Order, or Proceedings, and Motion for Injunction [Doc. 204] be granted. The parties were advised they could file written objections to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No objections were filed.

A de novo review of the record and applicable law convinces the Court that the recommendation of the Magistrate Judge is correct and should be adopted.

**IT IS, THEREFORE, ORDERED** that the Report and Recommendation of August 23, 2019 [Doc. 213] is adopted, and the Defendant's Second Amended Motion for Relief from Final Judgment, Order, or Proceedings, and Motion for Injunction [Doc. 204] is granted.

**IT IS FURTHER ORDERED** that the Clerk's Order of Dismissal [Doc. 63] is set aside.

**IT IS FURTHER ORDERED** that the settlement agreement is set aside.

**IT IS FURTHER ORDERED** that Plaintiff must return to the Defendant the $1,276,048.51 received in settlement funds, and to not otherwise dispose of such funds.

**IT IS FURTHER ORDERED** that all reasonable costs and expenses, including reasonable legal fees, that were expended by Defendant to pursue this motion, should be paid by Plaintiff to Defendant.

**IT IS FURTHER ORDERED** that the Plaintiff's claims are dismissed with prejudice.

/s/Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: October 7, 2019
Jefferson City, Missouri